UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHAMBERLIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARTOG, BAER & HAND, APC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-08243-JCS<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 66 |

The Court held a hearing on October 16, 2020 regarding a discovery dispute between Plaintiff Christopher Chamberlin, pro se, and three non-parties: NRT West, Inc. dba Coldwell Banker Realty, Rachelle Dorris, and Tom Verkozen. Those three non-parties are ORDERED to produce the Coldwell Banker file regarding the listing, sale, and closing on the sale of the floating home in question, with the personal information of the non-party buyers redacted, no later than October 30, 2020.

**IT IS SO ORDERED.**

Dated: October 16, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge