UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BAYRE CHAMBERLIN, <br><br>Plaintiff, <br><br>v. <br><br>HARTOG, BAER & HAND, APC, et al., <br><br>Defendants. | Case No. 19-cv-08243-JCS <br><br>**ORDER GRANTING IN PART MOTION TO COMPEL** <br><br>Re: Dkt. No. 84 |

Plaintiff Christopher Chamberlin and non-party Michael J. Levin submitted a joint letter in which Mr. Chamberlin seeks to compel Mr. Levin to appear for deposition and produce documents pursuant to a subpoena. The Court sustains in part and overrules in part Mr. Levin's objections. The Court notes that most of Mr. Levin's objections relate to the merits of Plaintiff's claims against the defendant asserted in this case or in the underlying probate proceeding. The Court will not decide those merits issues in connection with a discovery matter, but, rather, will allow discovery into the claims asserted. The scope of production of documents detailed below is relevant to the houseboat that was the principle asset of the estate in the probate matter. On the other hand, not every communication relating to the estate is relevant to this case. Moreover, although Mr. Levin asserts that the production "may" include privilege matters, he provides no evidence or argument on this point. Accordingly, his privilege objection is overruled. GOOD CAUSE APPEARING it is ORDERED that Mr. Levin shall sit for his deposition at a time to be agreed upon by the parties and by Mr. Levin, and shall produce the following documents:
    Documents (including, but not limited to, correspondence, communications, computer files, photographs, notes, memoranda, and journal entries) which relate to, describe, summarize, or memorialize any communication concerning 4

Commodore Marina, 240 Redwood Highway, Mill Valley, California, ("4 Commodore"). (Previously produced documents are excluded from this request.)

**IT IS SO ORDERED.**

Dated: December 31, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge

2