UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHAMBERLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTOG, BAER & HAND, APC, et al.,<br><br>    Defendants. | Case No. 19-cv-08243-JCS<br><br>**ORDER REGARDING RESPONSE TO SUBPOENA BY VERIZON** |

The Court has received a package from Verizon that appears to be a response to a subpoena issued by the Clerk on December 10, 2020 on behalf of Plaintiff Christopher Chamberlin. The package includes a CD, the contents of which the Court has not reviewed. It is not clear whether Verizon provided the same CD to Chamberlin as required by the subpoena. Any party that has not received this CD is encouraged to contact Verizon in the first instance, but may file a request for a copy from the Court if unable to obtain the documents from Verizon.

The Clerk shall mail a copy of this order to Verizon at the return address included on Verizon's package:

    Verizon Security Assistance Team
    Subpoena Compliance
    2701 S. Johnson St.
    San Angelo, TX 76904

**IT IS SO ORDERED.**

Dated: December 31, 2020

JOSEPH C. SPERO
Chief Magistrate Judge