UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHAMBERLIN,<br><br>Plaintiff,<br><br>v.<br><br>HARTOG, BAER & HAND, APC, et al.,<br><br>Defendants. | Case No. 19-cv-08243-JCS<br><br>**ORDER DENYING SECOND MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 120 |

On January 28, 2022, Plaintiff Christopher Chamberlin, pro se, filed his second motion for leave to file a motion for reconsideration. That motion is DENIED for the same reasons as Chamberlin's first motion for leave to seek reconsideration. Chamberlin has not shown that he was diligent in seeking reconsideration. Even if he could show diligence, he has not shown any basis for relief under Civil Local Rule 7-9(b). Specifically, he has not shown that the new emails regarding a Levin family reunion he offers represent a *material* difference of fact or a new *material* fact.

Once again, the Court stands by its previous "conclusions that 'an attorney's sister's husband's cousin is [not] the sort of "personal relationship" contemplated by the [applicable California] rule,' and that Chamberlin has offered no plausible reason to believe that any defendant would be influenced merely by an adverse party having the surname 'Levin.'" Order Denying 1st Mot. for Leave to File a Mot. for Reconsideration (dkt. 101) at 3 (quoting Order re Mot. to Dismiss 1st Am. Compl. (dk. 60) at 9) (alterations in original).

**IT IS SO ORDERED.**

Dated: January 31, 2022

JOSEPH C. SPERO
Chief Magistrate Judge