UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHAMBERLIN,<br><br>Plaintiff,<br><br>v.<br><br>HARTOG, BAER & HAND, APC, et al.,<br><br>Defendants. | Case No. 19-cv-08243-JCS<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 151 |

Plaintiff Christopher Chamberlin, pro se, has filed six motions for leave to seek reconsideration over the past fourteen months. *See* dkts. 100, 120, 127, 133, 148, 151. Most of those motions, including the pending motion at issue filed on June 12, 2022 (dkt. 151), have sought to revive a theory of conspiracy and conflict of interest that the Court dismissed on the pleadings, based on new evidence that has no bearing on the Court's analysis. The latest motion for leave to file, like Chamberlin's similar previous motions, is therefore DENIED.

**Chamberlin may not file any further motions seeking reconsideration of orders issued thus far in this case, including this order.** If Chamberlin believes this Court erred in its previous orders, his recourse is to appeal after judgment has been entered.

**IT IS SO ORDERED.**

Dated: June 13, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge